UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HENRY WEYANDT II<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>Defendant. | Case No.: 18cv2443-LAB (RBM)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION;**<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; AND**<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff William Weyandt, who is represented by counsel, brought this appeal of a denial of social security disability benefits. The matter was referred to Magistrate Judge Ruth Montenegro for a report and recommendation. The parties filed motions for summary judgment, and Judge Montenegro issued her report and recommendation (the "R&R") on September 4, 2019. Objections to the R&R were due by September 18, 2019, but none have been filed.

A district court has jurisdiction to review a Magistrate Judge's report and recommendation on dispositive matters. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P.

72(b). "The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." *Id.* Section 636(b)(1) similarly requires that a district judge "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*

This section does not require some lesser review by the district court when no objections are filed. *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985). The "statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original).

The Court has reviewed the unobjected-to R&R, finds it to be correct, and **ADOPTS** it. Defendant's motion for summary judgment is **GRANTED** and Plaintiff's motion for summary judgment is **DENIED**. The administrative law judge's decision is **AFFIRMED**. The Clerk is directed to enter judgment in favor of Defendant and against Plaintiff, and to close the docket.

**IT IS SO ORDERED**.

Dated: October 7, 2019

_Larry A. Burns_
Honorable Larry Alan Burns
Chief United States District Judge